UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRELL L. WRIGHT, MICHAEL
DIDONATO, MICHELLE MARTINSON
and CHRISTINE M. BRYARS-
CHARLES,

        Plaintiffs,

v.                                  Case No: 6:11-cv-1492-Orl-22TBS

WYNDHAM VACATION
OWNERSHIP, INC., DAN SPINDLER
and JOE ROSSIGNOL,

        Defendants.

## ORDER

This cause is before the Court on the Joint Corrected Motion for Approval of Settlement and Dismissal With Prejudice (Doc. No. 27) filed on July 17, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation as to the settlement of the Plaintiffs' claims.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed July 26, 2012 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order as to the finding that the settlement is a fair and reasonable resolution of a bona fide dispute of the FLSA issues.

2.     The Court finds the amount of attorneys' fees and costs reasonable, considering the activity reflected in the docket and the successful result for the Plaintiffs.

3. The Joint Corrected Motion for Approval of Settlement and Dismissal With Prejudice is hereby GRANTED. The settlement is hereby APPROVED.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record